No. 563. CARSTENS ET AL. *v.* PUBLIC UTILITY DISTRICT No. 1 OF LINCOLN COUNTY ET AL. October 20, 1941. Petition for writ of certiorari to the Supreme Court of the State of Washington denied. *Messrs. Antone E. Russell* and *Henry E. T. Herman* for petitioners. *Mr. E. K. Murray* for respondents.

No. 571. COEN *v.* AMERICAN SURETY Co. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John T. Harding* and *David A. Murphy* for petitioner. *Mr. Mitchel J. Henderson* for respondent.

No. 572. CREEK NATION *v.* UNITED STATES. October 20, 1941. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Paul M. Niebell* and *W. W. Spalding* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Littell* and *Mr. Vernon L. Wilkinson* for the United States.

No. 575. SHARP, SUPERINTENDENT, ET AL. *v.* MITCHELL IRRIGATION DISTRICT. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Ewing T. Kerr* for petitioners.

No. 576. FINSTERWALD FURNITURE Co. *v.* FINSTERWALD CLOTHING Co. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Theodore Levin* for petitioner. *Mr.*